**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/22

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 25, 2022

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 4/26/22
White Plains, NY

**VIA ECF**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Corey Marrow*, **7:16-CR-00785-01 (VB)**

Dear Judge Briccetti:

The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that the Court unseal portions of Probation's file related to (i) the April 15, 2022 search of the defendant's residence and (ii) the VOSR specification in the April 15, 2022 Violation Report.  Probation has indicated that these requested materials may contain information potentially relevant to the instant VOSR proceedings.  Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:

Benjamin Klein
Assistant United States Attorney
Tel: (914) 993-1908

Cc: Joseph A. Vita, Esq. (via ECF)