**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue

VIA ECF

September 14, 2022

Hon. Vincent Briccetti
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Corey Marrow; 16 Cr. 785 (VB)

Dear Judge Briccetti:

    I represent Mr. Marrow in the above VOSR matter as well as his Felon in Possession charge at 22 CR 449 (PH), with both matters based upon the same underlying conduct. Judge Halpern has been assigned on the Felon in Possession docket.

    I am requesting, with the consent of AUSA Benjamin Klein, that the VOSR matter be transferred to Judge Halpern for disposition. Mr. Marrow has already entered a guilty plea to the underlying Firearms case pursuant to a written plea agreement.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

CC:    Chambers of Hon. Philip Halpern

---

**APPLICATION GRANTED**

This case is in the process of being transferred to Judge Halpern on consent. For reasons that are not entirely clear, a conference was scheduled before Judge Karas for 9/20/2022 at 11:30 a.m. The Court has conferred with Judges Halpern and Karas, and the parties are advised that the 9/20/2022 conference is CANCELLED. Once the case is reassigned to Judge Halpern, Judge Halpern's chambers will schedule the next conference.

SO ORDERED

*[signature]*

Vincent L. Briccetti, U.S.D.J. 9/14/20222

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-22