**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573

Telephone 91...
Fax 914-9...
Email Joev635...

VIA ECF

January 21, 2023

Hon. Philip M. Halpern
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Corey Marrow; 16 Cr. 785 (PMH)

Dear Judge Halpern:

    I represent Mr. Marrow in the above VOSR matter, which had been reassigned to you on September 15, 2022 as well as his Felon in Possession charge at 22 CR 449 (PMH), with both matters based upon the same underlying conduct.

    Mr. Marrow entered a guilty plea before you to the Felon in Possession charge on August 22, 2022, with sentencing scheduled for February 21, 2023. To coordinate disposition of both matters before you, I am requesting, with the consent of the Government, that the VOSR docket be calendared within the next two weeks for purposes of a change of plea hearing, with a view towards sentencing on both dockets occurring on February 21, 2023.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

**Stamped Order:**

Application granted. A change of plea hearing is scheduled for January 30, 2023 at 3:30 p.m. in Courtroom 520 of the White Plains Courthouse.

By January 26, 2023 counsel shall file a joint status letter including their positions concerning the anticipated plea and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the January 30th hearing.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        January 23, 2023